IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CV-158-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER SEALING EXHIBIT A:** |
| | : | **APPLICATION AND AFFIDAVIT** |
| $9,000.00 IN U. S. CURRENCY, | : | **FOR SEIZURE WARRANT IN SUPPORT** |
| | : | **OF COMPLAINT FOR FORFEITURE** |
| Defendant. | : | **IN REM** |

On the Motion of the plaintiff and for good cause shown, it is hereby ORDERED that Exhibit A - Application and Affidavit of Joshua Pruett, Special Agent of the United States Secret Service, filed herein, be sealed until further order of this Court. However, with the exception that the Clerk of Court or the United States Attorney may provide copies to counsel for claimants upon request.

SO ORDERED.

This  27th  day of March, 2012.

_____
LOUISE W. FLANAGAN
United States District Judge